UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:24-cr-95-TPB-PRL
18 U.S.C. § 111(a)

ALI ODEH ABDELJABER

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 18, 2024, in the Middle District of Florida, the defendant,

**ALI ODEH ABDELJABER,**

did knowingly and forcibly assault a person who is an employee of the United States Federal Bureau of Prisons, and a person designated in 18 U.S.C. § 1114, while that person was engaged in and on account of the performance of his official duties, and in commission of the acts described above did inflict bodily injury on the employee.

| Count | Victim |
| --- | --- |
| ONE | C.W. |

In violation of 18 U.S.C. §§ 111(a) and (b).

## COUNTS TWO THROUGH FIVE

On or about March 18, 2024, in the Middle District of Florida, the defendant,

**ALI ODEH ABDELJABER,**

did knowingly and forcibly assault, resist, oppose, impede, and interfere with a person who is an employee of the United States Federal Bureau of Prisons, and a person designated in 18 U.S.C. § 1114, while that person was engaged in and on account of the performance of his official duties, and the act described above did involve physical contact with the employee.

| Count | Victim |
|---|---|
| TWO | A.W. |
| THREE | J.C. |
| FOUR | L.S. |
| FIVE | B.G. |

In violation of 18 U.S.C. § 111(a)(1).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Hannah Nowalk*
Hannah Nowalk
Assistant United States Attorney

By: *[signature]*
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
July 24

No. 5:24-cr-

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

ALI ODEH ABDELJABER

INDICTMENT

Violations: 18 U.S.C. § 111(a)(1) and (b) – 1 count
18 U.S.C. § 111(a)(1) – 4 counts

A true bill,

███████████████████████
Foreperson

Filed in open court this 6th day

of August 2024.

_M Taylor_
Clerk

Bail $_____

GPO 863 525